ROBERT BONSALL
GEOFFREY PILLER
CATHERINE E. AROSTEGUI
JOHN C. PROVOST
ANDREW H. BAKER
SHEILA K. SEXTON
DALE L. BRODSKY
COSTA KERESTENZIS
PETER M. MCENTEE
SUSAN K. GAREA
SARAH SANDFORD-SMITH
CHRISTOPHER HAMMER
STEPHANIE PLATENKAMP
SARAH KANTER
LORRIE E. BRADLEY
TONY RICE

# BEESON, TAYER & BODINE
### ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
520 CAPITOL MALL, SUITE 300
SACRAMENTO, CALIFORNIA 95814-4714
(916) 325-2100
FAX (916) 325-2120



OAKLAND OFFICE
483 NINTH STREET, SUITE 200
OAKLAND, CA 94607-4051
(510) 625-9700
FAX (510) 625-8275

DONALD S. TAYER
(1932-2001)

WWW.BEESONTAYER.COM

OF COUNSEL
DUANE B. BEESON

September 26, 2017

akenney@beesontayer.com

Clerk of the Court
United States District Court
Eastern District of California
501 I Street, Room 4-200
Sacramento, CA  95814

   Re: *Northwest Administrators, Inc. v. Patterson Heavy Haul Inc.*

To the Clerk of the Court:

  Enclosed are the original and two copies of an Ex Parte Application to Register Judgment from Another District, Clerk's Certification of a Judgment to be Registered in Another District, Stipulation and Order for Entry of Judgment, and Partial Satisfaction of Judgment. Also enclosed is a check in the amount of $47.00 in payment of the filing fee.

  Please file the original, conform a copy, and return the copy to me in the enclosed self-addressed, stamped envelope. Please contact me if you have any questions. Thank you very much for your attention to this request.

             Sincerely,

             Annette Kenney
             Legal Secretary

AK/ak

Enclosures

FILE COPY

688132.docx (PENDING00012389)

CATHERINE E. AROSTEGUI, SBN 118756
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone: (916) 325-2100
Facsimile: (916) 325-2120
Email: carostegui@beesontayer.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT CALIFORNIA

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PATTERSON HEAVY HAUL INC., <br><br> Defendant. | Case No. <br><br> **EX PARTE APPLICATION TO REGISTER JUDGMENT FROM ANOTHER DISTRICT** |

Plaintiff, Northwest Administrators, Inc., hereby applies, ex parte, to register the attached certified judgment from the United States District Court for the Western District of Washington in the United States District Court, Eastern District of California. This application is based on the attached Clerk's Certification of Judgment to be Registered in Another District and certified true copy of the Stipulation and Order for Entry of Judgment dated March 8, 2017, and the Partial Satisfaction of Judgment dated September 19, 2017.

Dated: September 26, 2017.

BEESON, TAYER & BODINE, APC

By: _____
CATHERINE E. AROSTEGUI
Attorneys for Plaintiff

Ex Parte Application to Register Judgment from Another District
Case No.

688070.docx

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| Northwest Administrators, Inc ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 16-cv-01880-TSZ |
| Patterson Heavy Haul Inc ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___09/14/2017___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: ___09/14/2017___

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br> Plaintiff, <br><br> v. <br><br> PATTERSON HEAVY HAUL, INC., a California corporation, <br> Defendant. | NO. C-16-1880-TSZ <br><br> STIPULATION AND ORDER FOR ENTRY OF JUDGMENT |

THE PARTIES above named, through their attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Defendant, Patterson Heavy Haul, Inc., hereby stipulate for entry of Judgment in the above-referenced action.

DATED this 15th day of February, 2017.

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

/s/ Russell J. Reid
Russell J. Reid, WSBA #2560
Attorneys for Plaintiff

PATTERSON HEAVY HAUL, INC.

/s/ Lloyd Patterson
Lloyd Patterson, Owner
Defendant

**CERTIFIED TRUE COPY**
**ATTEST: WILLIAM M. MCCOOL**
Clerk, U.S. District Court
Western District of Washington

By _____
                                    **Deputy Clerk**

STIPULATION AND ORDER FOR ENTRY OF
JUDGMENT – C16-1880-TSZ
Page 1 of 2
C:\Users\kdews\AppData\Local\Temp\notesD06208\Stipulated Judgment.doc

## ORDER FOR ENTRY OF JUDGMENT

Based on the foregoing Stipulation of Plaintiff and Defendant, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff Trusts by Defendant for its inclusive employment of members of the bargaining unit represented by Local 315, with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the period September 2016 through January 2017: for contributions of $16,572.00, for liquidated damages of $3,314.40, for pre-judgment interest (through February 14, 2017) of $135.45, for attorneys' fees of $529.70, and for costs of $765.00, all for a total of $21,316.55, together with post-judgment interest at the rate of four percent (4%) per annum from February 17, 2017, until paid in full.

JUDGMENT ENTERED this 8th day of March, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented for Entry by:

/s/ Russell J. Reid
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorneys for Plaintiff

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br> Plaintiff, <br> v. <br> PATTERSON HEAVY HAUL, INC., a California corporation, <br> Defendant. | NO.   C16-1880-TSZ <br><br> PARTIAL SATISFACTION OF JUDGMENT <br><br> *(Clerk's Action Required)* |

The undersigned, one of Plaintiff's attorneys of record, does hereby acknowledge receipt of partial payment of the Judgment, including interest and costs, entered in the above-entitled cause against Patterson Heavy Haul, Inc., Judgment Debtor, on March 8, 2017, and authorizes the Clerk of the above-entitled Court to enter a partial satisfaction of judgment.

Amount of Payment:        $8,881.90

Balance Owing on Judgment        $12,434.65, plus post-judgment interest at 4% per annum until paid in full

DATED this 19th day of September, 2017

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

_____
Russell J. Reid, WSBA #2560
Attorney for Plaintiffs

PARTIAL SATISFACTION OF JUDGMENT – C16-1880-TSZ
Page 1 of 2
G:\01-01999\311\Patterson Heavy Haul 316927 9-16-\Sat of Jdgmt - Partial.docx

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925



STATE OF WASHINGTON)
                    ) ss.
COUNTY OF KING      )

I, Shelly Azus, Notary Public in and for the State of Washington, residing at Covington WA, do hereby certify that on this 19th day of September, 2017 personally appeared before me  to me known to be the individual described in and who executed the within instrument and acknowledged that he signed and sealed the same as his free and voluntary act and deed for the uses and purposes herein mentioned.

Given under my hand and official seal this 19th day of September, 2017.

*[Seal: SHELLY AZUS, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES DECEMBER 9, 2018]*

*[Signature: Shelly Azus]*

MY COMMISSION EXPIRES: 12/9/18

Judgment Creditor:            Northwest Administrators, Inc.

Judgment Debtor:              Patterson Heavy Haul, Inc.

Judgment Entered:             March 8, 2017

Judgment Creditor's Attorneys:  Reid, McCarthy, Ballew & Leahy, L.L.P.

PARTIAL SATISFACTION OF JUDGMENT – C16-1880-TSZ
Page 2 of 2
G:\01-01999\311\Patterson Heavy Haul 316927 9-16-\Sat of Jdgmt - Partial.docx

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

